UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDA L SOLIS,

    Plaintiff(s),                         No. C 12-0520 PJH

   v.                                 **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

REGIONAL MECHANICAL INC.,

    Defendant(s).
_____/

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **July 5, 2012, at 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **July 5, 2012 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: June 26, 2012

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge